## 32812. STEPHENS v. UNNEVER et al.

HALL, Justice.

This court granted applicant's petition for a writ of certiorari to review the decision and the judgment of the Court of Appeals in *Unnever v. Stephens,* 142 Ga. App. 787 (236 SE2d 886) (1977).

We have concluded that the judgment and opinion of the Court of Appeals is correct and should be affirmed.

*Judgment affirmed. All the Justices concur.*

ARGUED NOVEMBER 14, 1977 — DECIDED DECEMBER 5, 1977.

*Durden, Alhadeff, Spain & Weeks, Ben Lancaster, Ralph Spain,* for appellant.

*Warren Akin,* for appellees.

## 32897. STATE BOARD OF VETERINARY MEDICINE v. SCHAFFER.

PER CURIAM.

Upon reconsideration this court has come to the conclusion that certiorari in this case was improvidently granted.

*Writ dismissed. All the Justices concur.*

ARGUED NOVEMBER 15, 1977 — DECIDED DECEMBER 5, 1977.

*Arthur K. Bolton, Attorney General, L. Joseph Shaheen, Jr., Assistant Attorney General,* for appellant.

*Fendig, Fendig & McLemore, Albert Fendig, Jr., C. Edward Nicholson,* for appellee.